UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re

    Gregory Deppe                                         Case No.16-43747

                  Debtor(s).                      Chapter 7

---------------------------------------------------------X

PRE PETITION STATEMENT PURSUANT TO LBR 2017-1

| DATE | HOURS | MATTER |
|---|---|---|
| 05/23/2016 | | Client Consult |
| 06/06/2016 | | Reviewed Documents |
| 07/11/2016 | | Prepared Petition and required attachments |
| 08/11/2016 | | Reviewed Petition with Client |
| 08/19/2016 | | Final review (and filing if this statement is filed after the filing) of petition |

Additional Services to be Rendered:

Preparation of Debtor for and appearance at the 341 meeting; responses to inquiries of the Trustee following the 341 Meeting; production of documents and follow up for discharge.

Anticipated time for additional services 4 Hours

Billing Rate                                Flat Fee for this Case of $995.00

                                                                           */s/ Irene Costello*
                                                                              Irene Costello
                                                                            Shipkevich, PLLC
                                                       65 Broadway, Suite 508
                                                          New York, New York
                                                                 212-252-3003
                                                 Attorney for the Debtor